Form 132 – 13sum

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23–13483–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea L Anglin
   aka Andrea Walker
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx–xx–2068

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 6/28/23
Time: 10:00 AM
Location: Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 9, 2023
JAN: jpl

                          Jeanne Naughton
                          Clerk, U. S. Bankruptcy Court