Form 132 − 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−13483−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea L Anglin
   aka Andrea Walker
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             6/28/23
Time:            10:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: May 9, 2023
JAN: jpl

                                        Jeanne Naughton
                                        Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-13483-ABA

Andrea L Anglin  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 3
Date Rcvd: May 09, 2023  Form ID: 132  Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L Anglin, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| 519912722 | | Banana Republic Rewards/, Barclays, ATTN: Bankruptcy, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519912725 | | Chase Receivables, PO Box 5209, Petaluma, CA 94955-5209 |
| 519912731 | + | Lanzi Burke and Associates LLC, 449 Hurffville Crosskeys Rd, Unit 2, Sewell, NJ 08080-9369 |
| 519912733 | + | PMT Solutions LLC, 7100 Fort Dent Way, Suite 210, Seattle, WA 98188-7501 |
| 519912734 | + | Rickart Collection Syystems Inc., 575 Milltown Road, Po Box 7242, North Brunswick, NJ 08902-7242 |
| 519898827 | + | Summit Collection Services NJ, LLC, Po Box 306, Ho Ho Kus, NJ 07423-0306 |
| 519912736 | + | Transworld Systems Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |
| 519912737 | + | Virtua Health Last, 118 Lukens Drive, New Castle, DE 19720-2727 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 09 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 09 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 519898801 | + | Email/Text: EBNProcessing@afni.com | May 09 2023 20:38:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 519898802 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | May 09 2023 20:37:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519912723 | | Email/Text: creditcardbkcorrespondence@bofa.com | May 09 2023 20:37:00 | Bank of America, Po Box 5170, Simi Valley, CA 93062-5170 |
| 519912727 | | Email/Text: Webcollex@ebn.phinsolutions.com | May 09 2023 20:38:00 | CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 519912724 | | Email/Text: cfcbackoffice@contfinco.com | May 09 2023 20:38:00 | Cerulean Mastercard, Po Box 3220, Buffalo, NY 14240 |
| 519912730 | | Email/Text: customercareus@creditcorpsolutionsinc.com | May 09 2023 20:37:00 | Credit Corp Solutions, 121 W. Election Rd, Suite 200, Draper, UT 84020 |
| 519898803 | + | Email/Text: BKBCNMAIL@carringtonms.com | May 09 2023 20:37:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5948 |
| 519912726 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 09 2023 20:52:51 | Citibank/Macys, Po Box 6167, Sioux Falls, SD 57117-6167 |
| 519912728 | + | Email/Text: mediamanagers@clientservices.com | May 09 2023 20:37:00 | Client Services Incorporated, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 519912729 | | Email/Text: esther@cbhv.com | May 09 2023 20:38:00 | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |

Case 23-13483-ABA    Doc 14    Filed 05/11/23    Entered 05/12/23 00:15:07    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 09, 2023 | Form ID: 132 | Total Noticed: 46 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519898804 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2023 20:38:00 | | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898805 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2023 20:38:00 | | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898806 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2023 20:38:00 | | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898807 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2023 20:38:00 | | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898808 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM May 09 2023 20:38:00 | | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898809 | + | Email/Text: bankruptcy@sccompanies.com May 09 2023 20:38:00 | | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519898810 | + | Email/Text: bankruptcy_notifications@ccsusa.com May 09 2023 20:38:00 | | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519898811 | | Email/PDF: DellBKNotifications@resurgent.com May 09 2023 20:52:27 | | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 519898817 | + | Email/PDF: Citi.BNC.Correspondence@citi.com May 09 2023 20:51:59 | | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519898812 | + | Email/Text: bnc-bluestem@quantum3group.com May 09 2023 20:38:00 | | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519898813 | + | Email/Text: bankruptcy@firstelectronic.com May 09 2023 20:38:00 | | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519898815 | + | Email/Text: GenesisFS@ebn.phinsolutions.com May 09 2023 20:38:00 | | Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 519898816 | + | Email/Text: PBNCNotifications@peritusservices.com May 09 2023 20:37:00 | | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519898818 | + | Email/Text: bankruptcydpt@mcmcg.com May 09 2023 20:38:00 | | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519898819 | + | Email/Text: bankruptcy@sccompanies.com May 09 2023 20:38:00 | | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519898820 | + | Email/Text: bankruptcy@sccompanies.com May 09 2023 20:38:00 | | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519898821 | + | Email/Text: cedwards@ncsplus.com May 09 2023 20:38:00 | | NCS Plus Incorporated, 117 E. 24th Street, 5th floor, New York, NY 10010-2937 |
| 519898822 | + | Email/Text: NissanBKNotices@nationalbankruptcy.com May 09 2023 20:37:00 | | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519898823 | + | Email/Text: bnc@nordstrom.com May 09 2023 20:38:42 | | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519912735 | + | Email/Text: ngisupport@radiusgs.com May 09 2023 20:37:00 | | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 519898824 | + | Email/PDF: resurgentbknotifications@resurgent.com May 09 2023 20:52:30 | | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519898825 | + | Email/Text: bankruptcy@sccompanies.com May 09 2023 20:38:00 | | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519898826 | + | Email/Text: bankruptcy@sccompanies.com May 09 2023 20:38:00 | | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519912732 | | Email/Text: tax@pennsauken.gov May 09 2023 20:37:00 | | Pennsauken Township, 5605 N. Crecent Blvd, Pennsauken, NJ 08110 |
| 519912736 | ^ | MEBN | | |

| | | | |
|---|---|---|---|
| | | May 09 2023 20:34:25 | Transworld Systems Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |
| 519898828 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 09 2023 20:37:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519898814 | | First Premier Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 11, 2023        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Andrea L Anglin bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4