# Office of the Chapter 13 Standing Trustee

*Isabel C. Balboa, Chapter 13 Standing Trustee*†

*Jane L. McDonald, Counsel*
*Jennifer R. Gorchow, Staff Attorney*
*William H. Clunn, III, Staff Attorney*

*Kelleen E. Stanley\**
*Jennie P. Archer\**
*Lu'Shell K. Alexander\**
*Kimberly Talley\**

*\*Certified Bankruptcy Assistant*
†*Fellow, American College of Bankruptcy*

June 9, 2023

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

      RE:    **Chapter 13 Bankruptcy**
              **Case No. 23-13483 (ABA)**
              **Debtor(s) Name: Andrea L. Anglin**

Dear Judge Altenburg:

Please accept this letter in lieu of a more formal response to Debtor's Motion to Approve Loan Modification.

Debtor comes before the Court two (2) months after her Chapter 13 Bankruptcy Petition was filed on a Motion to Approve Loan Modification. Debtor's motion fails to contain a Certification in Support of Motion or a copy of the Loan Modification agreement. As a result, the Trustee cannot determine if the loan modification is in the best interest of the Debtor.

As always, please feel free to contact this office with any questions or concerns.

Respectfully submitted,

*s/ Jennifer R. Gorchow*
Jennifer R. Gorchow
Staff Attorney

JRG/jpa
cc:    Georgette Miller, Esquire (Via email & ECF/CM)
        Andrea L. Anglin (Via First Class Mail & E-mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Payments Only:**

P.O. Box 1978
Memphis, TN 38101-1978