Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  23−13483−ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea L Anglin
   aka Andrea Walker
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                June 20, 2023
Time:               10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*22* – Limited Objection to (related document:20 Motion to Approve Loan Modification with Carrington Mortgage Services Filed by Georgette Miller on behalf of Andrea L Anglin. Objection deadline is 06/22/2023. (Attachments: # 1 Proposed Order # 2 Certificate of Service # 3 Statement of No Brief) (Miller, Georgette) Modified on 6/9/2023 – NO CERTIFICATION OR LOAN MODIFICATION. (jpl). filed by Debtor Andrea L Anglin, 21 DUPLICATE ENTRY (SEE DOCKET NO. 20). Motion to Approve Loan Modification with Carrington Mortgage Services Filed by Georgette Miller on behalf of Andrea L Anglin. Objection deadline is 06/22/2023. (Attachments: # 1 Certificate of Service # 2 Proposed Order # 3 Statement of No Brief) (Miller, Georgette) Modified on 6/9/2023 TO CLARIFY DOCKET TEXT. (jpl). filed by Debtor Andrea L Anglin) filed by Jennifer R. Gorchow on behalf of Isabel C. Balboa. (Gorchow, Jennifer)

and transact such other business as may properly come before the meeting.


Dated: June 12, 2023
JAN: jpl

                                                        Jeanne Naughton
                                                        Clerk