# IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| IN RE: Andea Anglin | : | CHAPTER 13 |
| | : | |
| **DEBTOR(S),** | : | CASE NO. 23-13483 |

## PRAECIPE TO WITHDRAW

To the Clerk,

    Kindly withdraw Debtor's Notice of Request for Loss Mitigation filed on May 31, 2023, docket number 19 and Motion to Approve Loan Modification filed on 6/82023, docket number 20.

Dated: June 14, 2023                                    Respectfully Submitted,

                                                                      /s/ Georgette Miller

                                                                      Georgette Miller, Esq.
                                                                      Dilworth Paxson LLP
                                                                      1500 Market Street, Suite 3500E
                                                                      Philadelphia, PA 19102

{00362533;v1}