**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE:  Andea Anglin | : | CHAPTER 13 |
| | : | |
| **DEBTOR(S),** | : | **CASE NO. 23-13483** |

**PRAECIPE TO WITHDRAW**

To the Clerk,

    Kindly withdraw Debtor's Motion to Approve Loss Mitigation on June 8, 2023, docket number 21 and Motion to Enter Into Loan Modification filed on 6/14/2023, docket number 24.

Dated:  June 15, 2023          Respectfully Submitted,

                                               /s/ Georgette Miller

                                               Georgette Miller, Esq.
                                               Dilworth Paxson LLP
                                               1500 Market Street, Suite 3500E
                                               Philadelphia, PA 19102

{00362533;v1}