**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dilworth Paxson LLP
Georgette Miller
1500 Market Street
Suite 3500
Phildelphia, PA 19102
856-323-1100

In Re:

**Andrea L Anglin**
Debtors.

Case No.:

Chapter: 23-13483

Adv. No.:

Hearing Date:

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, Crystal Smith    :
   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for <u>Georgette Miller</u>, who represents **Andrea L Anglin** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On May 26, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   NOTICE OF CHAPTER 13 CASE
   NOTICE OF HEARING ON CONFIRMATION OF PLAN
   AMENDED PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 5/26/2023                    /s/ Crystal Smith
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrea L Anglin<br>2265 Horner Avenue<br>Pennsauken, NJ 08110 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee  Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Creditors on Matrix | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

# Creditor's Matrix

**Afni, Inc.**
Attn: Bankruptcy
Po Box 3427
Bloomington, IL 61702

**Aspire Credit Card**
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

**Banana Republic Rewards/**
Barclays
ATTN: Bankruptcy
Po Box 13337
Philadelphia, PA 19101-3337

**Bank of America**
Po Box 5170
Simi Valley, CA 93062-5170

**Bank of America, N.A.**
c/o Carrington Mortgage Services, LLC
1600 South Douglass Road
Anaheim, CA 92806

**Carrington Mortgage Services**
Attn: Bankruptcy
1600 South Douglass Road, Stes 110 & 200
Anaheim, CA 92806

**Cerulean Mastercard**
Po Box 3220
Buffalo, NY 14240

**Chase Receivables**
PO Box 5209
Petaluma, CA 94955-5209

**Citibank/Macys**
Po Box 6167
Sioux Falls, SD 57117-6167

**CKS Financial**
Po Box 2856
Chesapeake, VA 23327-2856

**Client Services Incorporated**
3451 Harry S. Truman Blvd
Saint Charles, MO 63301-4047

**Collection Bureau Hudson Valley**
PO box 831
Newburgh, NY 12551-0831

**Comenity Bank/Ann Taylor**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenity Bank/Overstock**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenity Bank/Wayfair**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenity/Burlington**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Comenitybank/New York**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**Country Door**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Country Door/Swiss Colony**
Attn:Bankruptcy
1112 Seventh Ave
Monroe, WI 53566

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Credit Corp Solutions**
121 W. Election Rd
Suite 200
Draper, UT 84020

**Dell Financial Services**
Attn: Bankruptcy

P.O. Box 81577
Austin, TX 78708

**Dell Financial Services, LLC**
Resurgent Capital Services
PO Box 10390
Greenville, SC 29603-0390

**Dr Leonards Shop Now**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Figi's Gallery**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Fingerhut**
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud, MN 56303

**First Electronic Bank**
Attn: Bankruptcy
Po Box 521271
Salt Lake City, UT 84152

**First Premier Bank**

**Genesis FS Card Services**
Po Box 4477
Beaverton, OR 97076-4477

**K. Jordan**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Kohls/Capital One**
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

**Lanzi Burke and Associates LLC**
449 Hurffville Crosskeys Rd
Unit 2
Sewell, NJ 08080

**LVNV Funding, LLC**
Resurgent Capital Services

PO Box 10587
Greenville, SC 29603-0587

**Macys/fdsb**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

**Massey's**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**MERRICK BANK**
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

**Midland Credit Management, Inc.**
PO Box 2037
Warren, MI 48090

**Midland Funding/Midland Credit Mgmt**
Attn: Bankruptcy
Po Box 939069
San Diego, CA 92193

**Midnight Velvet**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Midnight Velvet**
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566

**Midnight Velvet/Swiss Colony**
Attn: Bankruptcy
1112 Seventh Ave
Monroe, WI 53566

**Montgomery Ward**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**NCS Plus Incorporated**
117 E. 24th Street
5th floor
New York, NY 10010

**Nissan Motor Acceptance Corp/Infiniti**
Attn: Bankruptcy
Po Box 660360
Dallas, TX 75266

**Nordstrom FSB**
Attn: Bankruptcy
Po Box 6555
Englewood, CO 80155

**Pennsauken Township**
5605 N. Crecent Blvd
Pennsauken, NJ 08110

**PMT Solutions LLC**
7100 Fort Dent Way
Suite 210
Seattle, WA 98188

**Quantum3 Group LLC as agent for**
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

**Quantum3 Group LLC as agent for**
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

**Quantum3 Group LLC as agent for**
Galaxy International Purchasing LLC
PO Box 788
Kirkland, WA 98083-0788

**Quantum3 Group LLC as agent for**
Comenity Bank
PO Box 788
Kirkland, WA 98083-0788

**Radius Global Solutions LLC**
7831 Glenroy Road
Suite 250-A
Minneapolis, MN 55439

**Resurgent Capital Services**
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

**Rickart Collection Syystems Inc.**
575 Milltown Road

Po Box 7242
North Brunswick, NJ 08902

**Seventh Ave**
Attn: Bankruptcy
1112 7th Avenue
Monroe, WI 53566

**Seventh Ave/Swiss Colony Inc.**
Attn: Bankruptcy
1112 7th Ave
Monroe, WI 53566

**Seventh Avenue**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Stoneberry**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Summit Collection Services NJ, LLC**
Po Box 306
Ho Ho Kus, NJ 07423

**The Swiss Colony**
c/o Creditors Bankruptcy Service
P.O. Box 800849
Dallas, TX 75380

**Transworld Systems Inc.**
1105 Schrock Road
Suite 300
Columbus, OH 43229

**Verizon**
Verizon Wireless Bk Admin
500 Technology Dr Ste 550
Weldon Springs, MO 63304

**Virtua Health Last**
118 Lukens Drive
New Castle, DE 19720