Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−13483−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrea L Anglin
   aka Andrea Walker
   2265 Horner Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−2068

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 9/28/23.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 28, 2023
JAN: as

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 23-13483-ABA |
| Andrea L Anglin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Sep 28, 2023 | Form ID: 148 | Total Noticed: 69 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Andrea L Anglin, 2265 Horner Avenue, Pennsauken, NJ 08110-1758 |
| aty | + | Denise Carlton, 701 Market Street, Ste. 5000, Philadelphia, PA 19106-1541 |
| 519912722 | | Banana Republic Rewards/, Barclays, ATTN: Bankruptcy, Po Box 13337, Philadelphia, PA 19101-3337 |
| 519912725 | | Chase Receivables, PO Box 5209, Petaluma, CA 94955-5209 |
| 519912731 | + | Lanzi Burke and Associates LLC, 449 Hurffville Crosskeys Rd, Unit 2, Sewell, NJ 08080-9369 |
| 519912733 | + | PMT Solutions LLC, 7100 Fort Dent Way, Suite 210, Seattle, WA 98188-7501 |
| 519912734 | + | Rickart Collection Syystems Inc., 575 Milltown Road, Po Box 7242, North Brunswick, NJ 08902-7242 |
| 519898827 | + | Summit Collection Services NJ, LLC, Po Box 306, Ho Ho Kus, NJ 07423-0306 |
| 519912737 | + | Virtua Health Last, 118 Lukens Drive, New Castle, DE 19720-2727 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 28 2023 22:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 28 2023 22:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2023 22:49:00 | Carrington Mortgage Services, 1600 South Douglass Road, Suites 110 & 200, Anaheim, CA 92806-5948 |
| 519898801 | + | Email/Text: EBNProcessing@afni.com | Sep 28 2023 22:50:00 | Afni, Inc., Attn: Bankruptcy, Po Box 3427, Bloomington, IL 61702-3427 |
| 519898802 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 28 2023 22:49:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 519912723 | | EDI: BANKAMER.COM | Sep 29 2023 01:51:00 | Bank of America, Po Box 5170, Simi Valley, CA 93062-5170 |
| 519951061 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2023 22:49:00 | Bank of America, N.A., c/o Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5948 |
| 519912727 | | EDI: CKSFINANCIAL.COM | Sep 29 2023 01:58:00 | CKS Financial, Po Box 2856, Chesapeake, VA 23327-2856 |
| 519912724 | | Email/Text: cfcbackoffice@contfinco.com | Sep 28 2023 22:50:00 | Cerulean Mastercard, Po Box 3220, Buffalo, NY 14240 |
| 519912730 | | Email/Text: customercareus@creditcorpsolutionsinc.com | Sep 28 2023 22:49:00 | Credit Corp Solutions, 121 W. Election Rd, Suite 200, Draper, UT 84020 |
| 519898803 | + | Email/Text: BKBCNMAIL@carringtonms.com | Sep 28 2023 22:49:00 | Carrington Mortgage Services, Attn: Bankruptcy, 1600 South Douglass Road, Stes 110 & 200, Anaheim, CA 92806-5948 |
| 519912726 | | EDI: CITICORP.COM | | |

Case 23-13483-ABA    Doc 40    Filed 09/30/23    Entered 10/01/23 00:17:03    Desc Imaged
                                 Certificate of Notice    Page 3 of 5

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 148 | Total Noticed: 69 |

| ID | | Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 29 2023 01:58:00 | Citibank/Macys, Po Box 6167, Sioux Falls, SD 57117-6167 |
| 519912728 | + | Email/Text: mediamanagers@clientservices.com | | |
| | | | Sep 28 2023 22:49:00 | Client Services Incorporated, 3451 Harry S. Truman Blvd, Saint Charles, MO 63301-9816 |
| 519912729 | | Email/Text: esther@cbhv.com | | |
| | | | Sep 28 2023 22:50:00 | Collection Bureau Hudson Valley, PO box 831, Newburgh, NY 12551-0831 |
| 519898804 | + | EDI: WFNNB.COM | | |
| | | | Sep 29 2023 01:58:00 | Comenity Bank/Ann Taylor, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898805 | + | EDI: WFNNB.COM | | |
| | | | Sep 29 2023 01:58:00 | Comenity Bank/Overstock, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898806 | + | EDI: WFNNB.COM | | |
| | | | Sep 29 2023 01:58:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898807 | + | EDI: WFNNB.COM | | |
| | | | Sep 29 2023 01:58:00 | Comenity/Burlington, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519898808 | + | EDI: WFNNB.COM | | |
| | | | Sep 29 2023 01:58:00 | Comenitybank/New York, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519917949 | + | EDI: CBS7AVE | | |
| | | | Sep 29 2023 01:58:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519898809 | + | EDI: CBS7AVE | | |
| | | | Sep 29 2023 01:58:00 | Country Door/Swiss Colony, Attn:Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519898810 | + | EDI: CCS.COM | | |
| | | | Sep 29 2023 01:58:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 519898811 | | Email/PDF: DellBKNotifications@resurgent.com | | |
| | | | Sep 28 2023 23:09:15 | Dell Financial Services, Attn: Bankruptcy, P.O. Box 81577, Austin, TX 78708 |
| 519916884 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 28 2023 23:10:58 | Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 519898817 | + | EDI: CITICORP.COM | | |
| | | | Sep 29 2023 01:58:00 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519917951 | + | EDI: CBSAMERIMARK | | |
| | | | Sep 29 2023 01:51:00 | Dr Leonards Shop Now, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519917952 | + | EDI: CBSMASON | | |
| | | | Sep 29 2023 01:51:00 | Figi's Gallery, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519898812 | + | EDI: BLUESTEM | | |
| | | | Sep 29 2023 01:58:00 | Fingerhut, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 519898813 | + | Email/Text: bankruptcy@firstelectronic.com | | |
| | | | Sep 28 2023 22:51:00 | First Electronic Bank, Attn: Bankruptcy, Po Box 521271, Salt Lake City, UT 84152-1271 |
| 519898815 | + | EDI: PHINGENESIS | | |
| | | | Sep 29 2023 01:58:00 | Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 519917954 | + | EDI: CBSMASON | | |
| | | | Sep 29 2023 01:51:00 | K. Jordan, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519898816 | + | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Sep 28 2023 22:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519913870 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 29 2023 02:22:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519913845 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 28 2023 23:09:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519917976 | + | EDI: CBSMASON | | |
| | | | Sep 29 2023 01:51:00 | Massey's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519948313 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 28 2023 22:50:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

Case 23-13483-ABA    Doc 40    Filed 09/30/23    Entered 10/01/23 00:17:03    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 148 | Total Noticed: 69 |

| Recipient ID | Type | Date/Time | Name/Address |
|---|---|---|---|
| 519898818 | + Email/Text: bankruptcydpt@mcmcg.com | Sep 28 2023 22:50:00 | Midland Funding/Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 519917948 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | Midnight Velvet, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519898819 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | Midnight Velvet, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519898820 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 519917950 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519898821 | + Email/Text: cedwards@ncsplus.com | Sep 28 2023 22:50:00 | NCS Plus Incorporated, 117 E. 24th Street, 5th floor, New York, NY 10010-2937 |
| 519957428 | + EDI: JEFFERSONCAP.COM | Sep 29 2023 01:58:00 | NORDSTROM, INC., Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519898822 | + Email/Text: NissanBKNotices@nationalbankruptcy.com | Sep 28 2023 22:49:00 | Nissan Motor Acceptance Corp/Infiniti, Attn: Bankruptcy, Po Box 660360, Dallas, TX 75266-0360 |
| 519898823 | + Email/Text: bnc@nordstrom.com | Sep 28 2023 22:50:56 | Nordstrom FSB, Attn: Bankruptcy, Po Box 6555, Englewood, CO 80155-6555 |
| 519956755 | + EDI: JEFFERSONCAP.COM | Sep 29 2023 01:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519955434 | EDI: Q3G.COM | Sep 29 2023 01:58:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519914878 | EDI: Q3G.COM | Sep 29 2023 01:58:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519926079 | EDI: Q3G.COM | Sep 29 2023 01:58:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519955442 | EDI: Q3G.COM | Sep 29 2023 01:58:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519912735 | + Email/Text: ngisupport@radiusgs.com | Sep 28 2023 22:49:00 | Radius Global Solutions LLC, 7831 Glenroy Road, Suite 250-A, Minneapolis, MN 55439-3132 |
| 519898824 | + Email/PDF: resurgentbknotifications@resurgent.com | Sep 28 2023 23:10:48 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 519898825 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | Seventh Ave, Attn: Bankruptcy, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 519898826 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | Seventh Ave/Swiss Colony Inc., Attn: Bankruptcy, 1112 7th Ave, Monroe, WI 53566-1364 |
| 519917947 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519917953 | + EDI: CBSMASON | Sep 29 2023 01:51:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519912732 | Email/Text: tax@pennsauken.gov | Sep 28 2023 22:49:00 | Pennsauken Township, 5605 N. Crecent Blvd, Pennsauken, NJ 08110 |
| 519917977 | + EDI: CBS7AVE | Sep 29 2023 01:58:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519912736 | ^ MEBN | Sep 28 2023 22:06:06 | Transworld Systems Inc., 1105 Schrock Road, Suite 300, Columbus, OH 43229-1174 |

Case 23-13483-ABA    Doc 40    Filed 09/30/23    Entered 10/01/23 00:17:03    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 28, 2023 | Form ID: 148 | Total Noticed: 69 |

| 519898828 | + EDI: VERIZONCOMB.COM | Sep 29 2023 01:51:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |

TOTAL: 60

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519898814 | | First Premier Bank |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 30, 2023          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Andrea L Anglin bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5